

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00516-CR

David Ryan **HOWARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 482451
Honorable Susan Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice